**SEALED**

**FILED**

Aug 22, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-mj-00097-SAB |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| TIMOTHY SCOTT CHENOT, | |
| Defendant. | |

Upon Application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered

SEALED until further order of this Court.

Dated: __Aug 22, 2024__

The Honorable Stanley A. Boone
UNITED STATES DISTRICT JUDGE

1