IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY SCOTT CHENOT,<br><br>　　　　　　Defendants. | CASE NO. 1:24-MJ-00097-SAB<br><br>**ORDER UNSEALING COMPLAINT** |

　　The United States, having arrested the defendant, Timothy Scott Chenot, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

　　IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Timothy Scott Chenot.

IT IS SO ORDERED.

　　Dated:　**August 26, 2024**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1